JAMES J. BANKS (SBN 119525)
JOHN C. McCARRON (SBN 225217)
BANKS & WATSON
Hall of Justice Building
813 6th Street, Suite 400
Sacramento, CA 95814-2403
(916) 325-1000
(916) 325-1004 (facsimile)

Attorneys for Defendant
W.C.A. SERVICE CORPORATION, INC. d/b/a
WESTERN CARWASH INSURANCE AGENCY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. DIANE KOKEN, Insurance Commissioner of the Commonwealth of Pennsylvania, acting in her official capacity as Statutory Liquidator of Legion Insurance Company and Vilanova Insurance Company,<br><br>        Plaintiff,<br><br>v.<br><br>W.C.A. SERVICE CORPORATION, INC. d/b/a/ WESTERN CARWASH INSURANCE AGENCY, and XYZ CORPS. 1-10 and DOES 1-10, inclusive,<br><br>        Defendants | Case No.:  2:05-CV-01487-FCD-DAD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING ANSWER TO COMPLAINT FOR BREACH OF FIDUCIARY DUTY, NEGLIGENCE AND FOR AN ACCOUNTING** |

IT IS HEREBY STIPULATED by and between Plaintiff, M. DIANE KOKEN, Insurance Commissioner of the Commonwealth of Pennsylvania, acting in her official capacity as Statutory Liquidator of Legion Insurance Company and Vilanova Insurance Company ("KOKEN"), by and through her attorney of record, Adrienne S. Leight, Morgenstein & Jubelirer, and Defendant, W.C.A. SERVICE CORPORATION, INC. d/b/a/ WESTERN CARWASH INSURANCE AGENCY

("WCA"), by and through its attorney of record, John C. McCarron, Banks & Watson, that pursuant to Local Rule 6-144 for the Eastern District of California, Defendant WCA shall have an extension of seventeen (17) days in which to answer the complaint on file herein, thereby making said answer due on or before September 23, 2005.

Respectfully Submitted,

DATED: September 13, 2005    MORGENSTEIN & JUBELIRER, LLP

By: _____
ADRIENNE S. LEIGHT,
Attorneys for Plaintiff, M. DIANE KOKEN, Insurance Commissioner of the Commonwealth of Pennsylvania, acting in her official capacity as Statutory Liquidator of Legion Insurance Company and Vilanova Insurance Company

DATED: September 13, 2005    BANKS & WATSON

By: _____
JOHN C. McCARRON
Attorneys for Defendant, W.C.A. SERVICE CORPORATION, INC. d/b/a/ WESTERN CARWASH INSURANCE AGENCY

IT IS SO ORDERED

DATED: September 16, 2005    /s/ Frank C. Damrell Jr.
JUDGE OF THE UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA