WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
ANTHONY R. TWARDOWSKI (admitted *pro hac vice*)
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103
Telephone:  (215) 977-2042
Facsimile:   (215) 405-2942

MORGENSTEIN & JUBELIRER LLP
JEAN L. BETRAND (CSB # 83250)
ADRIENNE S. LEIGHT (CSB #226854)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:  (415) 901-8700
Facsimile:   (415) 901-8701

Attorneys for Plaintiff M. DIANE KOKEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. DIANE KOKEN, Insurance Commissioner of the Commonwealth of Pennsylvania, acting in her official capacity as Statutory Liquidator of Legion Insurance Company and Villanova Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>W.C.A. SERVICE CORPORATION, INC. d/b/a WESTERN CARWASH INSURANCE AGENCY, and XYZ CORPS. 1-10 and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:05-01487-FCD-DAD<br><br>**STIPULATION AND ORDER REGARDING MODIFICATIONS TO DISCOVERY DEADLINES** |

Pursuant to Local Rules 83-143 and 6-144, plaintiff M. Diane Koken and defendant W.C.A. Service Corporation, Inc., doing business as Western Carwash Insurance Agency (collectively "parties") by and through their undersigned counsel, hereby stipulate as follows:

1. WHEREAS the Court has set a discovery cut-off deadline of April 28, 2006;
2. WHEREAS the Court has set a deadline of May 12, 2006 to exchange expert witness designations;

3.   WHEREAS it is in the parties' mutual interest to extend these discovery deadlines to allow the parties to engage in settlement discussions before incurring further discovery expenses;

4.   WHEREAS the parties have not requested any previous extensions of Court-ordered deadlines;

5.   WHEREAS the extension will not affect the January 23, 2007 trial date;

It is proposed and stipulated that the following deadlines will be continued 60 days or as set forth below:

| | |
|---|---|
| Discovery cut-off | June 27, 2006 |
| Deadline to exchange expert witness designations | July 5, 2006. |

DATED:  February _____, 2006          MORGENSTEIN & JUBELIRER LLP


By _____
       Adrienne S. Leight
Attorneys for Plaintiff
M. DIANE KOKEN

DATED:  February _____, 2006          BANKS AND WATSON


By _____
       Stephen E. Paffrath
Attorneys for Defendant
W.C.A. SERVICE CORPORATION, INC.
d/b/a WESTERN CARWASH INSURANCE
AGENCY


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 14, 2006


By:   /s/ Frank C. Damrell Jr.
      Hon. Frank C. Damrell, Jr.
      United States District Court Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATIONS TO DISCOVERY DEADLINES

04056.00004
601610.1

PDF created with pdfFactory trial version www.pdffactory.com