JAMES J. BANKS (SBN 119525)
STEPHEN E. PAFFRATH (SBN 195932)
BANKS & WATSON
Hall of Justice Building
813 6th Street, Suite 400
Sacramento, CA 95814-2403
(916) 325-1000
(916) 325-1004 (facsimile)

Attorneys for Defendant
W.C.A. SERVICE CORPORATION, INC. d/b/a
WESTERN CARWASH INSURANCE AGENCY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. DIANE KOKEN, Insurance Commissioner of the Commonwealth of Pennsylvania, acting in her official capacity as Statutory Liquidator of Legion Insurance Company and Villanova Insurance Company,<br><br>        Plaintiff,<br><br>v.<br><br>W.C.A. SERVICE CORPORATION, INC. d/b/a WESTERN CARWASH INSURANCE AGENCY, and XYZ CORPS. 1-10 and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 2:05-CV-01487-FCD-DAD<br><br>**STIPULATION AND ORDER REGARDING MODIFICATIONS TO EXPERT DISCOVERY SCHEDULE**<br><br>"AS MODIFIED" |

    Pursuant to Local Rules 83-143 and 6-144, plaintiff M. Diane Koken and defendant W.C.A. Service Corporation, Inc., doing business as Western Carwash Insurance Agency (collectively the "parties") by and through their undersigned counsel, hereby stipulate as follows:

    1.    WHEREAS, on February 14, 2006, at the parties' request, the Court entered an order modifying the schedule in this matter and providing for exchange of expert witness designations on July 5, 2006;

    2.    WHEREAS the parties in their initial joint request for modification of the case schedule inadvertently failed to address either the last date for supplemental expert designations,

1  currently scheduled for June 2, 2006, or the date for completion of expert discovery,
2  currently scheduled for July 3, 2006;

3. WHEREAS it is in the parties' mutual interest to also revise those dates for expert witness discovery to dates consistent with the exchange of expert witness designations on July 5, 2006;

4. WHEREAS the modification of the dates for supplemental expert designations and completion of expert discovery will not affect the January 23, 2007 trial date;

It is proposed and stipulated that the schedule in this matter be further modified as set forth below:

| | |
|---|---|
| Designation of supplemental expert witnesses | July 26, 2006 |
| Completion of expert witness discovery | August 28, 2006 |

DATED: April 21, 2006                    MORGENSTEIN & JUBELIRER LLP


By:  _____/ Adrienne S. Leight /_____
         ADRIENNE S. LEIGHT
         Attorneys for Plaintiff
         M. DIANE KOKEN


DATED: April 21, 2006                    BANKS AND WATSON


By:  _____/ Stephen E. Paffrath /_____
         STEPHEN E. PAFFRATH
         Attorneys for Defendant
         W.C.A. SERVICE CORPORATION, INC.
         d/b/a WESTERN CARWASH INSURANCE
         AGENCY

ORDER

Pursuant to the stipulation above those dates are extended.  However, in light of these extensions conflicts now exist with the court's calendar and the remaining dates as set in this action. Accordingly, the following dates are hereby RESET:

    Dispositive motions must be heard no later than October 27, 2006

    Final Pretrial Conference is set for January 19, 2007 at 3:30 p.m.

    Trial is set for March 27, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED:  April 21, 2006          /s/ Frank C. Damrell Jr.
          Hon. Frank C. Damrell JR.
          United States District Court Judge